

**Driving progress
through partnership**
**Avery I. Normyle**
Direct Phone:  +1 212 549 4272
Email:  anormyle@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

August 26, 2020

**Via ECF**

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   *Rottenberg v. Equifax Information Services, LLC, et al.*, Case No. 20-cv-02885 (BMC)

Dear Judge Cogan,

We represent Defendant Synchrony Bank in the above-captioned matter. Pursuant to Your Honor's directive issued during the August 19, 2020 status conference, we are filing the 2020 Credit Reporting Resource Guide ("Resource Guide") along with this letter. The particular guidance the parties discussed during the conference relates to "Frequently Asked Question" #47 ("FAQ 47"), located on page 6-62 (PDF page 233) of the Resource Guide.  While the parties discussed the 2017 edition during the conference, we were able to confirm after the conference that there was a more recent edition of the Resource Guide available, with the guidance in FAQ 47 being substantially similar to the 2017 edition.

We thank the Court for its attention to this matter.

Respectfully Submitted,

 */s/ Avery I. Normyle*_____
    Avery I. Normyle

cc:   all Counsel of record (via ECF)