# Exhibit C

# (Motion Pending To File Exhibit Under Seal. [28])